435 East Broadway Realty Inc., Landlord, Respondent, *v.* Sun Glen Farms, Tenant, Appellant.

435 East Broadway Realty, Inc., Landlord, Respondent, *v.* Merit Farms, Inc., Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, May 28, 1953.

*Paul J. Madden* and *George M. Burgh* for Sun Glen Farms, appellant.

*Paul J. Madden* and *David J. Maxwell* for Merit Farms, Inc., appellant.

*Julius Roth* for respondent.

*Per Curiam.* Concededly the emergency rent for each of the stores occupied by the tenants is less than $3,000 per annum. In such case, the landlord may not avail itself of the provisions of the second portion of subdivision (k) of section 8 of Business Rent Law (as amd. by L. 1953, ch. 452), which permit the assembly of stores on a nonmatching basis. We pass upon no other question.

The final orders should be unanimously reversed upon the law, with $30 costs to tenant in each case, and petitions dismissed, with appropriate costs in the court below.

WALSH, MURPHY & UGHETTA, JJ., concur.

Final orders reversed, etc.